```
Docket Number: 92-00564              KRAUSE, WAYNE P.
```

================================ Case Information ================================

```
3   Meeting: 04/02/92, 09:00 A.M. at location #5
Claim Deadline:   / /    523(c)/727 Complaint Deadline: 06/01/92
District: NEW YORK         N  District Code: 0206 Office: UTICA [6]
Original Filing Date: 02/24/92  Original Chapter:  7

Judge: GERLING, STEPHEN D.   [A35S]
Type of Filing: Voluntary              Nature of Debt: Non-Business/Consumer
No assets available to creditors.
Fee of  120.00 fully paid.
```

================================ Debtor Information ================================

**Type of Debtor:** Individual

<u>Debtor</u>:
KRAUSE, WAYNE P.

SSN: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 EIN:

Address:
ROUTE 49, BOX 6B1
BERNHARDS BAY, NY 13028

County: OSWEGO [36075 ]

================================ Attorney Information ================================

| <u>Attorney for Debtor</u>: | <u>Trustee</u>: |
|---|---|
| TALEV, PETER N. | WOODARD, LEE E. |
| 201 SECOND ST. | 250 HARRISON ST., SUITE 400 |
| LIVERPOOL, NY 13088 | SYRACUSE NY 13202 |
|   -     - | 315-478-2222 |

================================ Statistical Information ================================

Estimated Number of Creditors: 1 to 15
Estimated Assets: Under $50,000
Estimated Liabilities: Under $50,000
Receipt Number: 1040218

| DATE FILED | DATE OF ENTRY | DOC. NO. | RECORD |
|---|---|---|---|
| 2/24/92 | 2/25/92 | 1. | **CHAPTER 7 petition w/all required stmts. & scheds.** (jed) |
| 3/6/92 | 3/6/92 | 2. | NOTICE of §341 meeting on 4/2/92 at 9:00 a.m. at U.S. FED. BLDG., 100 S. CLINTON ST., ROOM 1019, SYRACUSE, NY (12 ) (jed) COMPLAINT DEADLINE DUE 6/1/92 . |
| 4/16/92 | 4/17/92 | 3 | Trustee's Report of No Assets  jed |
| 6/8/92 | 6/8/92 | 4. | DISCHARGE OF DEBTOR 6/8/92; cert. of mail. (12)(JED) |
| 6/9/92 | 6/9/92 | 5. | FINAL DECREE (JED) |